UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| WAYNE CLAYTON, ) | |
| ) | |
| Petitioner, ) | C.A. No. 05-10772-DPW |
| ) | |
| v. ) | |
| ) | |
| MICHAEL CORSINI, SUPERINTENDENT, ) | |
| Respondent. ) | |

O R D E R

    Pursuant to Rule 4 of the Rules Governing Section 2254 Cases, the Clerk of this Court shall serve a copy of the Petition for a Writ of Habeas Corpus by mailing copies of the same, certified mail, to (i) Michael Corsini, Superintendent, Bay State Correctional Center, 28 Clark Street, P.O. Box 73, Norfolk, MA 02056; and (ii) Cathryn Neaves, Chief, Appellate Division, Attorney General for the Commonwealth of Massachusetts, One Ashburton Place, 18th Floor, Boston, MA 02108-1598.

    It is further ordered that Respondents shall, within 20 days of receipt of this Order, file an answer (or other proper responsive pleading) to the Petition for Writ of Habeas Corpus; AND

    This Court further requests Respondents, as part of the return, to file such documents which reflect on whether Petitioner has exhausted his available state remedies with respect to the matters raised by the Petition.

    /s/ Douglas P. Woodlock
    DOUGLAS P. WOODLOCK
    UNITED STATES DISTRICT JUDGE

Dated: April 19, 2005