**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Michael Corsini
Superintendent
Bay State Correc. Center
PO Box 73
Norfolk, MA 02056

**COMPLETE THIS SECTION ON DELIVERY**

A. Received by (Please Print Clearly): A.R. Alphonic
B. Date of Delivery: 4/21/05
C. Signature: X  A.R. Alphon____
 ☐ Agent
 ☐ Addressee
D. Is delivery address different from item 1? ☐ Yes
 If YES, enter delivery address below: ☐ No

3. Service Type
 ☐ Certified Mail    ☐ Express Mail
 ☑ Registered       ☐ Return Receipt for Merchandise
 ☐ Insured Mail     ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)  ☐ Yes

2. Article Number (Copy from service label)
7004 1160 0005 9812 1869

PS Form 3811, July 1999    Domestic Return Receipt    102595-00-M-0952

UNITED STATES POSTAL SERVICE | First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

• Sender: Please print your name, address, and ZIP+4 in this box •

SCREENED
USMS

United States District Court
Office of the Clerk
United States Courthouse
1 Courthouse Way, Suite 2300
Boston, MA 02210

Clayton v Carswell et al   04cv10732-DPW