**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

|  |  |
|---|---|
| WAYNE CLAYTON )<br>       Petitioner, )<br> )<br>v. )<br> )<br>MICHAEL CORSINI )<br>       Respondent. )<br> ) | Civil Action No. 05-10772-DPW |

## ANSWER

Pursuant to Rule 5 of the Rules Governing Section 2254 Cases in the United States District Courts, the respondent hereby answers the petition for writ of habeas corpus of the petitioner Wayne Clayton.

1. Admitted.

2. Admitted.

3. Admitted.

4. Left blank by petitioner. Answering further the respondent states that the defendant was indicted for trafficking in cocaine and possession of marijuana with intent to distribute and was found guilty of both charges.

5. Admitted.

6. Admitted.

7. Admitted.

8. Admitted.

9(a)-(c). Admitted. Answering further, the respondent states that the citation for the Appeals Court decision is 60 Mass. App. Ct. 1107, 800 N.E.2d 346 (2003).

9(d). Admitted.

9(e)(1)-(3).   Admitted.  Answering further the respondent states that the citation for the denial of further appellate review is 442 Mass. 1113, 818 N.E.2d 1067 (2004).

9(e)(4).   Admitted.

9(f).   Left blank by petitioner.

10.   The respondent states that he lacks knowledge or information sufficient to admit or deny the allegations contained in this paragraph.

11.   Left blank by petitioner.

12.   The respondent states that paragraph 12 contains legal argument and conclusions to which no response is required.

13.   Left blank by petitioner.

14.   The respondent states that he lacks knowledge or information sufficient to admit or deny the allegations contained in paragraph 14.

15.   Left blank by petitioner.

16.   Admitted.

17.   The respondent lacks the knowledge or information sufficient to admit or deny the allegations contained in paragraph 17.

And further answering the respondent has obtained transcripts from the petitioner's trial which will be supplied to the Court whenever deemed necessary.  Pursuant to Rule 5 of the Rules Governing 28 U.S.C. §2254 cases, the respondent is filing a Supplemental Answer with the following documents from the petitioner's state court proceedings:

1.   Docket sheets, Commonwealth v. Wayne Clayton, SUCR1997-12131.

2.   Brief on Appeal to the Massachusetts Appeals Court (93-P-53).

3.   Brief and Supplemental Appendix for the Commonwealth of Massachusetts on Appeal to the Massachusetts Appeals Court (93-P-53).

4. *Commonwealth v. Clayton*, 60 Mass. App. Ct. 1107, 800 N.E. 2d 346 (2003).

5. Application for further appellate review, FAR no. 14423.

6. *Commonwealth v. Clayton*, 442 Mass. 1113, 818 N.E.2d 1067 (2004)(Further Appellate Review Denied).

## DEFENSES

1. The claims contained in the petition are not cognizable on habeas review.

2. In the alternative, the state court adjudication of the petitioner's claims was not contrary to or an unreasonable application of clearly established Supreme Court law nor was it based on an unreasonable determination of the facts in light of the evidence presented in the state court.

The respondent respectfully reserves the right to amend or supplement this Answer in the future should the need arise.

                                            Respectfully submitted,

                                            THOMAS F. REILLY
                                            ATTORNEY GENERAL

                                            /s/ Susanne G. Reardon
                                            Susanne G. Reardon
                                            Assistant Attorney General
                                            Criminal Bureau
                                            One Ashburton Place
                                            Boston, Massachusetts 02108
                                            (617) 727-2200
                                            BBO No. 561669

## **CERTIFICATE OF SERVICE**

    I hereby certify that a true copy of the attached documents was served upon Wayne Clayton, pro se, BSCC, P.O. Box 73, Norfolk, MA 02056-0073, by first class mail, postage pre-paid, on May 18, 2005.

                                                /s/ Susanne G. Reardon
                                                Susanne G. Reardon
                                                Assistant Attorney General