## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| WAYNE CLAYTON ) | |
| Petitioner, ) | |
| ) | |
| v. ) | Civil Action No. 05-10772-DPW |
| ) | |
| MICHAEL CORSINI ) | |
| Respondent. ) | |

### RESPONDENT'S MOTION TO DISMISS FOR FAILURE
### TO STATE A CLAIM UPON WHICH RELIEF CAN BE GRANTED

The respondent, through counsel, moves to dismiss the petitioner's amended petition seeking a writ of habeas corpus, pursuant to Fed.R.Civ.P. 12(b)(6), for failing to state a claim upon which relief can be granted. In support of his motion, the respondent states that the petitioner's claim presents a Fourth Amendment issue, which is barred by *Stone v. Powell*, 428 U. S. 465 (1976).

In support of this motion, the respondent relies upon a memorandum of law and an Answer and Supplemental Answer.

                                          Respectfully submitted,

                                          THOMAS F. REILLY
                                          ATTORNEY GENERAL

                                          <u>/s Susanne G. Reardon</u>
                                          Susanne G. Reardon, BBO No. 561669
                                          Assistant Attorney General
                                          Criminal Bureau
                                          One Ashburton Place
                                          Boston, Massachusetts  02108
Dated: May 18, 2005                 (617) 727-2200 ext. 2832

## <u>CERTIFICATE OF SERVICE</u>

     I hereby certify that a true copy of the attached documents was served upon petitioner, Wayne Clayton, pro se, BSCC, P.O. Box 73, Norfolk, MA 02056-0073 by first class mail, postage pre-paid, on May 18, 2005.

                                          <u>/s Susanne G. Reardon</u>
                                          Susanne G. Reardon
                                          Assistant Attorney General