```
              UNITED STATES DISTRICT COURT
                DISTRICT OF MASSACHUSETTS


WAYNE CLAYTON,                      )
     Petitioner,                    )    CIVIL ACTION NO.
                                    )    05-10772-DPW
     v.                             )
                                    )
MICHAEL CORSINI, SUPERINTENDENT,    )
     Respondent.                    )
```

## MEMORANDUM AND ORDER
June 13, 2005

The respondent in this proceeding by a state prisoner seeking a writ of habeas corpus pursuant to 28 U.S.C. § 2255, moves to dismiss the action on grounds that the claim presented is barred by the Supreme Court ruling in Stone v. Powell, 428 U.S. 465 (1976).

Petitioner's claim centers on the denial of his motion to suppress certain evidence seized from him during what he contends was an illegal traffic stop. The petitioner's motion to suppress was denied after hearing in a thorough memorandum by the Superior Court Judge. The Appeals Court, thereafter, affirmed the petitioner's convictions and the Superior Court's denial of his motion to suppress. Commonwealth v. Clayton, 60 Mass. App. Ct. 1107 (2003). The Supreme Judicial Court declined to provide further appellate review of the petitioner's Fourth Amendment Claim. 442 Mass. 1113 (2004).

It is apparent on review of the state court record that the petitioner's Fourth Amendment claim received full and fair hearing in the state courts. This satisfies the rule of Stone v.

Powell.  As a consequence, federal habeas corpus review is foreclosed.  See generally Tart v. Massachusetts, 941 F.2d 490, 497 n.6 (1st Cir. 1991); McCown v. Callahan, 726 F.2d 1, 4 (1st Cir. 1984); Palmigiano v. Houle, 618 F.2d 877, 882-83 (1st Cir. 1980).  See also Withrow v. Williams, 507 U.S. 680, 686 (1993).

Accordingly, the respondent's motion to dismiss--to which the petitioner has filed no timely opposition--is hereby ALLOWED.

/s/ Douglas P. Woodlock
_____
DOUGLAS P. WOODLOCK
UNITED STATES DISTRICT JUDGE