UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

WAYNE CLAYTON,
    Petitioner
                                        CIVIL ACTION NO.
v.                                      05-10772-DPW

MICHAEL CORSINI, SUPERINTENDENT
    Respondent

## ORDER OF DISMISSAL

WOODLOCK, District Judge

    In accordance with this Court's ruling entered June 13, 2005, granting the Respondent's Motion to Dismiss, it is hereby ORDERED that the above-entitled action be, and it hereby is, DISMISSED.

                                              BY THE COURT,

                                              /s/ Michelle Rynne
                                              Deputy Clerk

DATED: June 15, 2005